NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1104

TAKEDA PHARMACEUTICAL COMPANY LIMITED,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,

Plaintiffs-Appellants,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICALS INDUSTRIES LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0331, Judge Sue L. Robinson.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

Takeda Pharmaceutical Company Limited et al. move to expedite the briefing schedule and the assignment of this case to an oral argument calendar. The appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellees' brief is due no later than January 6, 2010 and the appellants' reply brief and the joint appendix are due no later than January 13, 2010. Briefs should be served in an expedited manner. Oral argument will be held at 10 a.m. on January 21, 2010.

FOR THE COURT

DEC 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   John L. North, Esq.
      Stuart E. Pollack, Esq.
      Eric J. Lobenfeld, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 17 2009

JAN HORBALY
CLERK

2010-1104                    - 2 -